UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMAR FUENTES-ALARCON, aka Omar Alarcon Fuentes,

Defendant.

NO: 2:13-CR-0132-TOR

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE

Before the Court is the government's oral Motion to Dismiss Indictment in accordance with the Plea Agreement filed in case number 14-CR-2071-TOR. The Court has considered the motion and the file and is fully informed. For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, IT IS HEREBY ORDERED:

1. The government's oral Motion to Dismiss Indictment without prejudice is **GRANTED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** July 2, 2015




THOMAS O. RICE
United States District Judge